IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALAPATI PAUL SCHWENKE, Plaintiff, v. STATE OF UTAH, E. NEAL GUNNARSON, Assistant Attorney General, MARK SHURTLEFF, Attorney General, and JAMES YOUNG, Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION** Case No. 2:17-cv-00833-DN-DBP District Judge David Nuffer |

The Amended Report and Recommendation[1] issued by United States Magistrate Judge Dustin B. Pead on October 16, 2017, recommends that (1) Plaintiff's motion for partial summary judgment[2] be DENIED; (2) Defendants' motion to stay response[3] is MOOT; and (3) Defendants' motion to dismiss[4] be GRANTED.

The parties were notified of their right to file objections to the Amended Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Amended Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Amended Report and Recommendation[5] is adopted in its entirety.

---

[1] Docket no. 21, filed Oct. 16, 2017.

[2] Motion and Memorandum for Partial Summary Judgment, docket no. 17, filed Sept. 5, 2017.

[3] Motion to Stay Response to Plaintiff's Motion for Partial Summary Judgment, docket no. 19, filed Sept. 26, 2017.

[4] Motion to Dismiss and Memorandum in Support, docket no. 9, filed July 31, 2017.

[5] Docket no. 21, filed Oct. 16, 2017.

**ORDER**

IT IS HEREBY ORDERED that:

(1)     the Amended Report and Recommendation[6] is ADOPTED in its entirety;

(2)     Plaintiff's motion for partial summary judgment[7] is DENIED;

(3)     Defendants' motion to stay response[8] is MOOT;

(4)     Defendants' motion to dismiss[9] is GRANTED; and

(5)     Plaintiff's amended complaint[10] is DISMISSED with prejudice as to Defendants State of Utah, E. Neal Gunnarson, and Mark Shurtleff.

Signed November 6, 2017.

BY THE COURT

_____
District Judge David Nuffer

---

[6] *Id.*

[7] Motion and Memorandum for Partial Summary Judgment, docket no. 17, filed Sept. 5, 2017.

[8] Motion to Stay Response to Plaintiff's Motion for Partial Summary Judgment, docket no. 19, filed Sept. 26, 2017.

[9] Motion to Dismiss and Memorandum in Support, docket no. 9, filed July 31, 2017.

[10] Amended Petition for Freedom and Damages, docket no. 16-5, filed Sept. 5, 2017.