## IN THE UNITED STATE DISTRICT COURT

## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **ALAPATI PAUL SCHWENKE,** | **REPORT & RECOMMENDATION** |
| **Plaintiffs,** | **Case No.  2:17-cv-00833** |
| **vs.** | |
| **STATE OF UTAH, E. NEAL GUNNARSON, Assistant Attorney General, MARK SHURTLEFF Attorney General and JAMES YOUNG,** | **District Court Judge David Nuffer** |
| | **Magistrate Judge Dustin B. Pead** |
| **Defendants.** | |

On April 19, 2018, the court issued an Order to Show Cause requiring Plaintiff Alapati Paul Schwenke to show cause, no later than April 30, 2018, as to why his complaint against Defendant James Young should not be dismissed for failure to effect service. (ECF No. 27.) As of this date, Mr. Schwenke has not filed a response to the ORder. Accordingly, the court hereby RECOMMENDS dismissal of Plaintiff's claims against Defendant Young.

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within fourteen (14) days of being served with a copy, any party may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 3rd day of July, 2018.

BY THE COURT

_____
DUSTIN B. PEAD
Magistrate Judge
United States District Court