IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALAPATI PAUL SCHWENKE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF UTAH, E. NEAL GUNNARSON, MARK SHURTLEFF, and JAMES YOUNG,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:17-cv-00833-DN-DBP<br><br>District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Dustin B. Pead on July 5, 2018 recommends that Plaintiff's claims against Defendant James Young be dismissed for failure to effect service.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[2] is adopted in its entirety.

---

[1] Docket no. 28, filed July 5, 2018.

[2] *Id.*

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation[3] is ADOPTED in its entirety. Plaintiff's claims against Defendant James Young are DISMISSED without prejudice.

The Clerk is directed to close the case.

Signed July 27, 2018.

BY THE COURT

_____
District Judge David Nuffer

---

[3] Docket no. 28, filed July 5, 2018.